# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,  Plaintiff,  v.  STATE OF NEVADA, et al.,  Defendants. | Case No. 3:15-cv-00155-MMD-WGC  **ORDER** |

On October 30, 2015, Plaintiff filed a 49-page first amended complaint (ECF No. 13). The last page of the first amended complaint, numbered page "9-T" states: "cause of action continues on next page 9-U." (*Id*. at 49). There is no page 9-U. The Court hereby directs Plaintiff to submit a clarification with the Court within **21 days** of the date of this order indicating whether this 49-page first amended complaint is complete in itself or missing pages and if so, to submit those additional pages. Plaintiff is **not** to file a new complaint. He may only supplement the first amended complaint submitted on October 30, 2013. If Plaintiff fails to respond, the Court will screen the first amended complaint (ECF No. 13) in its present form.

**It is so ordered.**

DATED: This  18th  day of April, 2016.

                                                          _____
                                                          United States Magistrate Judge