## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMAL DAMON HENDRIX, | ) | 3:15-cv-00155-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 13, 2016 |
| STATE OF NEVADA, et al., | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Exclude Case From Mediation (ECF No. 19). Plaintiff's motion provides no basis for exclusion from the Early Inmate Mediation program.

Plaintiff's motion (ECF No. 19) is therefore **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>     /s/                              </u>
   Deputy Clerk