UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMAL DAMON HENDRIX, | ) | 3:15-cv-00155-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 15, 2016 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    KATIE OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the Court is Plaintiff's motion requesting an extension of his copy work limit in the amount of $8.00 (ECF No. 41).  Plaintiff states he has exceeded his copy work limit and needs the extra copies in order to respond to Defendants' Motion for Partial Summary Judgment (ECF No. 33).

    Good cause appearing, Plaintiff's motion (ECF No. 41) is **GRANTED.** Plaintiff's copy work limit shall be increased by $8.00 (which should provide Plaintiff up to 80 copies).  The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
    Deputy Clerk