UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:15-cv-00155-MMD-WGC<br><br>ORDER |

This action was filed on October 30, 2016. On October 25, 2016, the Court issued a notice of intent to dismiss D. Pinkham, Michael Fletcher, Steven Kimbrell, Winsor, Bradford and Leah Bothe pursuant to Fed. R. Civ. P. 4(m) unless proofs of service upon said defendants is filed by November 28, 2018. (ECF No. 37.) To date, no proof of service has been filed as to Michael Fletcher, Bradford or Leah Bothe, and Plaintiff has failed to show good cause why this action should not be dismissed without prejudice as to said parties for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m).

Accordingly, it is ordered that Michael Fletcher, Bradford (*aka Doris Brashford, true name Doris Parenteau)*, and Leah Bothe are dismissed without prejudice from this action.

DATED THIS 14th day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE