UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | 3:15-cv-00155-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 7, 2017 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Subpoena on Defendant Pinkham (ECF No. 82). Defendants have opposed the motion (ECF No. 88).

Plaintiff's motion (ECF No. 82) is predicated on the fact that the summons and complaint were served on Defendant Pinkham on November 18, 2016 (ECF No. 45), and Defendant Pinkham has failed to file a responsive pleading to Plaintiff's complaint. The issuance of a subpoena would not cure the Defendant's apparent failure to respond to the complaint.

Plaintiff is advised that, in accordance with Fed. R. Civ. P. 55(a), the proper procedure is to file a motion for default.

Therefore, Plaintiff's Motion for Subpoena on Defendant Pinkham (ECF No. 82) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>      /s/                              </u>
Deputy Clerk