UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMAL DAMON HENDRIX, | ) | 3:15-cv-00155-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 16, 2017 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for the Court to ("Liberally") Construe Motion for Subpoena on Defendant D. Pinkham Liberally (ECF No. 90). Any construction of the underlying motion (ECF No. 82), "liberally" or otherwise, would not lead the court to any conclusion different from that reached by the court in ECF No. 89.

Plaintiff's motion (ECF No. 90) is **DENIED** for the reasons expressed by the court in its minute order of June 7, 2017 (ECF No. 89).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
         Deputy Clerk