# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | 3:15-cv-00155-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 8, 2017 |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Reconsideration (ECF No. 102). Plaintiff requests that the court reconsider rejection of his evidence (answers to interrogatories, declarations, affidavits, responses and certificates of service) which he filed with his Opposition to Defendants' Partial Motion for Summary Judgment (ECF No. 97).

On July 28, 2017, Plaintiff's exhibits were received in the Clerk's office but not attached to Plaintiff's Opposition to Defendants' Partial Motion for Summary Judgment (ECF No. 97). Therefore, the Clerk rejected the exhibits as being discovery documents. (ECF No. 94.)

Plaintiff's Motion for Reconsideration (ECF No. 102) is **GRANTED**. The Clerk shall correlate Plaintiff's exhibits (ECF No. 94) to Plaintiff's Opposition to Defendants' Partial Motion for Summary Judgment (ECF No. 97).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk