|   |   |   |
|---|---|---|
| | **UNITED STATES DISTRICT COURT** | |
| | **DISTRICT OF NEVADA** | |

JAMAL DAMON HENDRIX,       )         3:15-cv-00155-MMD-WGC
          Plaintiff,       )
          vs.           )         **ORDER**
STATE OF NEVADA, *et al.*,    )         Re: ECF No. 127
          Defendants.       )
_____)

      Before the court is Plaintiff's Request for Entry of Default (ECF No. 127). Plaintiff requests that a default be entered against Defendant D. Pinkham for failing to answer Plaintiff's complaint.

      On May 13, 2016, in accordance with the court's screening order (ECF No. 17), Plaintiff was allowed to proceed against Defendants Koehn, Lyons, Dawn Jones, Aranas, Artlinger, Ornelas, Kimbrell, Huston, Timothy Jones, Winsor, Bradford, Bothe, Baker, Williams, Fletcher, Cox, Varady, Crowder, Rigney, Pinkham, Foster and Gregersen for various due process violations. (ECF No. 17 at 25, 26.)

      Pursuant to the court's order of August 19, 2016 (ECF No. 27), the court instructed the Attorney General's Office to file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office could not accept service, the Office was instructed to file, *under seal*, the last known address(es) of those defendant(s) for whom it has such information. (ECF No. 27 at 2.)

On September 9, 2016 the Attorney General's Office filed its Acceptance of Service on behalf of Defendants Romeo Aranas, Jayson Artinger, Renee Baker, Harold Byrne, Jesse Cox, Vance Crowder, Sheryl Foster, Angela Gregerson, Robert Huston, Dawn Jones, Timothy Jones, Michael Koehn, Keli Lyons, Jeanette Ornelas, Curtis Rigney, Darlene Varady, and Brandon Williams but did not accept service on behalf of Defendants Michael Fletcher, Steven Kimbrell, Doris Patenteau (previously Doris Brashford and erroneously sued as Doris Bradford), Leah Bothe, Isaac Winsor, and Dean Pinkham. (ECF No. 28.) On the same day, the Attorney General's Office filed the Defendants' last known addresses under seal. (ECF No. 29.) Pursuant to that filing, the court directed the Clerk to issue summons for Defendants Fletcher, Kimbrell, Patenteau, Bothe, Winsor, and Pinkham and provided Plaintiff with instructions as to effecting service on the Defendants. (ECF No. 39.)

On November 21, 2016, the U.S. Marshal filed the return of the summons indicating that service of process was completed as to Defendant Pinkham on November 18, 2016. (ECF No. 45.) According to the court's docket, Defendant Pinkham has failed to answer Plaintiff's complaint. Plaintiff now seeks a default against Defendant Pinkham.

Plaintiff's Request for Entry of Default (ECF No. 127) as to Defendant Pinkham is **GRANTED**.

**IT IS SO ORDERED.**

DATED: February 12, 2018.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE