# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAL DAMON HENDRIX )
)
        Plaintiff(s), )
)
v. )   Case No.: 3:15-cv-00155-MMD-WGC
)
STATE OF NEVADA, et al., )   **DEFAULT**
)
        Defendant(s). )
)

    It appearing from the records in the above-entitled action that Summons issued on November 1, 2016 and the Amended Complaint was filed on October 30, 2015.

(Original, Amended, etc)          (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

    Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants Dean Pinkham

in the above-entitled action is hereby entered.

DEBRA K. KEMPI                        February 13, 2018
CLERK                                      DATE

(By) DEPUTY CLERK