1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                               DISTRICT OF NEVADA

9                                      * * *

10   JAMAL DAMON HENDRIX,                    Case No. 3:15-cv-00155-MMD-WGC

11                          Plaintiff,                       ORDER
          v.
12
     STATE OF NEVADA, *et al.*,
13
                          Defendants.
14

15          This matter is referred to the Court for the limited purpose of determining whether

16   *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma*

17   *pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in

18   good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should

19   be revoked on appeal. *See Hooker v. Am. Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002)

20   (revocation of *in forma pauperis* status is appropriate where district court finds the

21   appeal to be frivolous).

22          DATED THIS 15th day of November 2018.

23

24                                              _____
                                                MIRANDA M. DU
25                                              UNITED STATES DISTRICT JUDGE

26
27
28